UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

FEB 10 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF BUFFALO; et al., | No. 24-2350 |
| Plaintiffs - Appellees, | D.C. No.<br>8:22-ml-03052-JVS-KES<br>Central District of California,<br>Santa Ana |
| v. | |
| HYUNDAI MOTOR AMERICA,<br>INC. and KIA AMERICA, INC, | ORDER |
| Defendants - Appellants. | |

Defendants-Appellants Hyundai Motor America, Inc. and Kia America,

Inc.'s unopposed motion for an extension of time to file its reply brief, Dkt. 58, is

**GRANTED**. The deadline to file the reply brief is extended to February 7, 2025,

and the reply brief is accepted as filed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT